AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched)* Google Account: maxwellmaxibillways19@gmail.com | Case No. MJ20-132 |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   California
*(identify the person or describe the property to be searched and give its location)*:

Google account maxwellmaxibillways19@gmail.com as further described in Attachment A, which is attached hereto and incorporated herein by this reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before   April 1, 2020   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in this district   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   03/18/2020 1:30 pm

_____
Judge's signature

City and state:   Seattle, Washington     Michelle L. Peterson, United States Magistrate Judge
*Printed name and title*

2019R00713

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>409-813-24233 | Date and time warrant executed:<br>3/10/2020 | Copy of warrant and inventory left with:<br>Brandon Swartz |
| Inventory made in the presence of:<br>Anthony Belton, SA | | |
| Inventory of the property taken:<br>- Various records of basic subscriber information, IP Address logs, messages, photos, transactional information, videos, and other content for the account with Identifier: maxwellmaxibillways19@gmail.com | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 10/24/2023<br><br>Date: 10/23/2023<br><br>PHVANDERWULP  *Digitally signed by PHVANDERWULP Date: 2023.10.23 13:08:13 -07'00'*<br>*Executing officer's signature*<br><br>Paul Vanderwulp, Special Agent<br>*Printed name and title* |